UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 10:12 am, Jul 21, 2020

ROBBIE DOTSON,
    Plaintiff,

vs

DISH NETWORKS, L.L.C,
    Defendant.

CASE NUMBER   CV219-21

# ORDER

The appeal in the above titled action having been dismissed by the U. S. Court of Appeals, pursuant to Appellant's motion for voluntary dismissal;

IT IS HEREBY ORDERED that the Order of the Eleventh Circuit, U. S. Court of Appeals, is made the order of this court.

This ___20___ day of ___July___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA